**Order entered January 6, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00008-CV

**TIFFANNY JONES, M.D., ET AL., Appellants**

**V.**

**FRISCO FERTILITY CENTER, PLLC, D/B/A DALLAS IVF, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02739-2020**

### ORDER

Before the Court is the January 5, 2021 request of the Collin County District Clerk for an extension of time to file the clerk's record. We **GRANT** the request and extend the time to **January 15, 2021**.

/s/    KEN MOLBERG
JUSTICE